ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 13 2016
3
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**SEALED**
BY ORDER OF THE COURT

FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY  #4472
Chief, Criminal Division

LAWRENCE L. TONG  #3040
Chief, Fraud and Financial Crimes Section
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR16 00076 JMS |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 666(a)(1)(A) |
| | (Theft From Organization Receiving Federal Funds) |
| KAREN M. KAPUA, | 18 U.S.C. § 1957 |
| Defendant. | (Money Laundering) |

INDICTMENT

## COUNT 1

The Grand Jury charges:

On or about December 23, 2013, in the District of Hawaii, defendant KAREN M. KAPUA, being an agent of the County of Kauai, namely, a Lieutenant of the Kauai Police Department, an organization which during calendar year 2013 received benefits in excess of $10,000 in the form of grants from the federal government, including grants from the United States Drug Enforcement Administration, did knowingly embezzle, steal and intentionally misapply property having a value of more than $5,000, namely, approximately $25,000 in funds under the care, custody and control of the County of Kauai.

In violation of Title 18, United States Code, section 666(a)(1)(A).

## COUNT 2

The Grand Jury further charges:

On or about June 13, 2014, in the District of Hawaii, defendant KAREN M. KAPUA, being an agent of the County of Kauai, namely, a Lieutenant of the Kauai Police Department, an organization which during calendar year 2014 received benefits in excess of $10,000 in the form of grants from the federal government, including grants from the United States Drug Enforcement Administration, did knowingly embezzle, steal and intentionally misapply property having a value of

more than $5,000, namely, approximately $25,000 in funds under the care, custody and control of the County of Kauai.

In violation of Title 18, United States Code, section 666(a)(1)(A).

## COUNT 3

The Grand Jury further charges:

On or about December 5, 2014, in the District of Hawaii, defendant KAREN M. KAPUA, being an agent of the County of Kauai, namely, a Lieutenant of the Kauai Police Department, an organization which during calendar year 2014 received benefits in excess of $10,000 in the form of grants from the federal government, including grants from the United States Drug Enforcement Administration, did knowingly embezzle, steal and intentionally misapply property having a value of more than $5,000, namely, approximately $25,000 in funds under the care, custody and control of the County of Kauai.

In violation of Title 18, United States Code, section 666(a)(1)(A).

## COUNT 4

The Grand Jury further charges:

On or about December 8, 2014, in the District of Hawaii and elsewhere, defendant KAREN M. KAPUA did knowingly engage and attempt to engage in a monetary transaction by, through and to a financial institution, affecting interstate

commerce, in criminally derived property of a value greater than $10,000, namely, said KAREN M. KAPUA initiated a wire transfer of $11,457.98 to pay off personal debts, knowing that such funds had been derived from a specified unlawful activity, namely, the offense charged in count 3 of this indictment involving the embezzlement and misapplication of $25,000 belonging to the County of Kauai.

In violation of Title 18, United States Code, section 1957.

Dated: Honolulu, Hawaii, January 13 2016.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
THOMAS J. BRADY
Chief, Criminal Division

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Karen M. Kapua
Cr. No. _____
"Indictment"

4